IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES M. THOMAS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D14-3553

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

Opinion filed April 9, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

James M. Thomas, pro se, Petitioner.

Sarah J. Rumph, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.